UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21206-CIV-HIGHSMITH

GREAT LAKES REINSURANCE (UK)
PLC,

    Plaintiff,

v.

CLARA VASQUEZ,

    Defendant.
_____/

## ORDER AND FINAL JUDGMENT

THIS CAUSE is before the Court upon Defendant's Motion for Entry of Final Judgment. This Court has reviewed Defendant's Motion, Plaintiff's Opposition, Defendnat's Response to Plaintiff's Opposition, and relevant case law.

This Court agrees with Plaintiff's contention that both pre-judgment and post-judgment interest should be set at the rate provided by 28 U.S.C. §1961. Accordingly, Defendant's Motion is GRANTED IN PART.

It is hereby ORDERED AND ADJUDGED:

As to the claim of Plaintiff GREAT LAKES REINSURANCE (UK) PLC against Defendant CLARA VASQUEZ, Final Judgment is hereby ENTERED in favor of Defendant CLARA VASQUEZ and against Plaintiff GREAT LAKES REINSURANCE (UK) PLC, and Defendant CLARA VASQUEZ is HELD to be entitled to coverage for the loss of her boat under the subject insurance policy. Defendant CLARA VASQUEZ is entitled to her costs of this action and jurisdiction is reserved on the issue of the award of costs and fees to CLARA VASQUEZ.

As to the counterclaim of Defendant CLARA VASQUEZ against Plaintiff GREAT LAKES REINSURANCE (UK) PLC, Final Judgment is hereby ENTERED in favor of Defendant CLARA VASQUEZ and against Plaintiff GREAT LAKES REINSURANCE (UK) PLC, in the sum of two hundred ninety thousand dollars ($290,000.00) with interest at the rate provided for by 28 U.S.C. §1961 accruing from the date of loss (April 12, 2006) until paid. Defendant CLARA VASQUEZ is entitled to her costs of this action and jurisdiction is reserved on the issue of the award of costs and fees to CLARA VASQUEZ.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 10th day of July, 2008.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record